# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BONNETTE, JR. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-4834 |
| HARTFORD FIRE INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 28th day of February, 2023, upon consideration of Defendant Hartford Fire Insurance Company's Motion to Transfer Venue (Document No. 4) and Plaintiff's Response in Opposition, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the accompanying Memorandum and this case is TRANSFERRED to the United States District Court for the District of New Jersey.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,  C.J.